# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CARLOS FRANCISCO ZAVALA,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 1:26-cv-02015-SAB

ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF

(ECF No. 13)

Before the Court is the parties' stipulation for an extension of time in which Defendant may file a responsive brief to Plaintiff's opening brief seeking judicial review of a final decision of the Commissioner of Social Security that denied Plaintiff's application for Social Security benefits. 42 U.S.C. 405(g); Fed. R. Civ. P. Supp. Soc. Sec. R. 5. For good cause shown, the Court approves the stipulation and ORDERS that Defendant shall have through **August 13, 2026**, to file a responsive brief. The scheduling order (ECF No. 4) otherwise remains controlling.

IT IS SO ORDERED.

Dated: **July 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge